UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MICHAEL MERRILL, GREGORY WEBER, JEFFREY CARPENTER on behalf of themselves and all other persons similarly situated; and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO/CLC,<br><br>      Plaintiffs,<br><br>  v.<br><br>BRIGGS & STRATTON CORPORATION; GROUP INSURANCE PLAN OF BRIGGS & STRATTON CORPORATION, and DOES 1 THROUGH 20,<br><br>      Defendants. | Case No. 10-C-0700-LA |

## STIPULATION TO AMEND ORDER FOLLOWING SCHEDULING CONFERENCE

  Plaintiffs Michael Merrill, Gregory Weber and Jeffrey Carpenter and United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (collectively "Plaintiffs") and Defendants Briggs & Stratton Corporation, Group Insurance Plan of Briggs & Stratton Corporation, and DOES 1 through 20 (collectively "Defendants"), by their respective counsel, stipulate that the Court, after due consideration, may enter the proposed revisions to the schedule reflected in Exhibit A whereas Defendants need a short extension with respect to expert discovery given that (1) fact discovery just ended on September 30, 2013; and (2) the amount of work involved in preparing Defendants' expert report. The dispositive motion schedule would remain unchanged.

Respectfully Submitted,

/s/Marianne Goldstein Robbins (*with consent*)
Marianne Goldstein Robbins
**THE PREVIANT LAW FIRM, S.C.**
1555 N. River Center Drive, Suite 202
Milwaukee, WI 53212
T.: (414) 223-0433
F.: (414) 271-6308
Email: mgr@previant.com

/s/William T. Payne (*with consent*)
William T. Payne
**FEINSTEIN DOYLE PAYNE & KRAVEC, LLC**
Pittsburgh North Office
12 Eastern Avenue, Suite 203
Aspinwall, PA 15219
T.: (412) 492-8797

Email: wpayne@stemberfeinstien.com

*Attorneys for Plaintiffs*

/s/David Kern (*with consent*)
David B. Kern
Judith Williams-Killackey
**QUARLES & BRADY LLP**
411 East Wisconsin Avenue, Ste. 2040
Milwaukee, WI 53202-4497
T: (414) 277-5653
F.: (414) 978-8653
Email: David.kern@quarles.com

/s/John Richards
John R. Richards
Gregory R. Braden
Ross H. Friedman
Charles C. Jackson
**MORGAN LEWIS & BOCKIUS, LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T.: (202) 739-3000
F.: (202) 739-3001
Email: jrrichards@morganlewis.com
      gbraden@morganlewis.com
      rhfriedman@morganlewis.com

**Attorneys for *Defendants***

Dated: October 17, 2013