UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MICHAEL MERRILL, GREGORY WEBER, JEFFREY CARPENTER on behalf of themselves and all other persons similarly situated; and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO/CLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>BRIGGS & STRATTON CORPORATION; GROUP INSURANCE PLAN OF BRIGGS & STRATTON CORPORATION, and DOES 1 THROUGH 20,<br><br>    Defendants. | Case No. 10-C-0700-LA |

## THIRD AMENDED ORDER FOLLOWING SCHEDULING CONFERENCE

 IT IS HEREBY ORDERED:

 That, based on the parties' Stipulation, the Amended Order Following Scheduling Conference (Dkt. # 66) is amended as follows:

 **IT IS ORDERED** that:

 1. All discovery concerning expert witnesses will be completed by **January 22, 2014**.

   (b) Expert reports will be filed on or before **November 18, 2013**

   (c) Rebuttal experts will be disclosed on or before **December 2, 2013**

   (d) Rebuttal reports will be filed on or before **January 6, 2014**

   (d) Reply reports will be filed by **January 22, 2014**.

2. Any dispositive motions must be served and filed on or before **February 19, 2014**. Briefs in opposition will be due on or before **March 25, 2014**, and reply briefs will be due on or before **April 29, 2014**.

3. The proceedings will be bifurcated. The above schedule will apply to the issue of Defendant's liability, if any. It is anticipated that Defendants may have access to information which will facilitate quantification of the dollar value of the benefits due to the Class, if any. Discovery on the issue of the dollar value of any benefits due will be addressed after the Court rules on dispositive motions. If necessary, the parties shall request a conference with the Court to address procedures for implementing the Court's ruling on these issues.

Dated this 5th day of November 2013.

BY THE COURT:

s/ Lynn Adelman

Honorable Lynn Adelman
District Judge

cc: All Parties of Record