**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**MICHAEL MERRILL, et al.,**
      **Plaintiffs,**

    **v.**                                            **Case No. 10-CV-00700**

**BRIGGS & STRATTON CORPORATION, et al.,**
      **Defendants.**

---

## ORDER

On March 14, 2014, I granted the parties' request to vacate the discovery scheduling order in this case and subsequently granted plaintiffs' motion to supplement and amend the complaint. In my last order, I asked the parties to meet and confer and work out a schedule for the rest of discovery and the filing of dispositive motions. The parties have not yet submitted any dates to the court.

**THEREFORE, IT IS ORDERED** that the parties shall submit a proposed discovery schedule with a deadline for the filing of dispositive motions to the court within **10 days** of the date of this order.

Dated at Milwaukee, Wisconsin, this 7th day of June, 2014.

                                                    s/ Lynn Adelman
                                                  _____
                                                  LYNN ADELMAN
                                                  District Judge