# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MICHAEL MERRILL, GREGORY WEBER, JEFFREY CARPENTER on behalf of themselves and all other persons similarly situated; and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO/CLC, <br><br> Plaintiffs, <br><br> v. <br><br> BRIGGS & STRATTON CORPORATION; GROUP INSURANCE PLAN OF BRIGGS & STRATTON CORPORATION, and DOES 1 THROUGH 20, <br><br> Defendants. | Case No. 10-C-0700-LA |

## ORDER

Currently before the Court is the motion of Plaintiffs Michael Merrill, Gregory Weber, and Jeffrey Carpenter, on behalf of the Classes certified by this Court by Order dated October 9, 2012, and Plaintiff the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union ("Union") to revise and clarify Paragraph (3)(iii) of the Plan of Allocation and to similarly revise Paragraph12(e)(iii) of the proposed Final Order Approving Class Settlement.

Having reviewed and considered Plaintiffs' motion, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs may revise and file their Revised Plan of Allocation and their revised Final Approval Order in the form of the documents attached to the Motion.

Dated: May 20, 2016

s/Lynn Adelman
Lynn Adelman
United States District Judge